Unsealed 1/21/11

**SECRET** KAJ 

10 SEP 21  AM 11: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **10CR3737** LAB |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 371 - Conspiracy; Title 18, U.S.C., Sec. 201(b)(1)(A) - Bribery |
| JESSE DENOME, ) | |
| Defendant. ) | |

The grand jury charges:

### Count 1

**Conspiracy to Commit Bribery - 18 U.S.C. § 371**

1. Beginning in at least June 2004, and continuing thereafter to at least on or about September 23, 2005, within the Southern District of California and elsewhere, defendant JESSE DENOME and others known and unknown to the grand jury, knowingly and intentionally conspired to commit an offense against the United States, that is, bribery; in violation of Title 18, United States Code, Section 201(b)(1)(A).

//
//
//

ALT:nlv:San Diego
9/20/10



2.   It was a purpose and object of this conspiracy for defendant JESSE DENOME to directly and indirectly, corruptly give, offer, and promise a thing of value to a public official employed by the U.S. Department of the Navy, Fleet Readiness Center Southwest, with the intent to influence an official act, that is, the placement of government orders with defendant JESSE DENOME's business.

## MANNER AND MEANS

3.   In furtherance of this conspiracy, and to effect and accomplish the objects thereof, the following manner and means, among others, were used:

   a.   Defendant JESSE DENOME gave, offered and provided the public official with items of value, including credit card payments, bicycles, and model airplane components, and other things of value.

   b.   In exchange, the public official agreed to perform official action and placed government orders directly with defendant JESSE DENOME's business, a corporation located in San Diego, California, for various items such as tools, parts, and supplies, and also for custom-machined items such as carts and shelving.

   c.   As a result of the orders placed by the public official with defendant's business, defendant JESSE DENOME received approximately $329,000 in U.S. Government funds.

//
//
//
//

## OVERT ACTS

4. In furtherance of this conspiracy and to effect the objects thereof, the following overt acts were committed, within the Southern District of California, and elsewhere:

   a. On or about June 24, 2004, defendant JESSE DENOME signed a corporate check in the amount of $300.00 as payment on the public official's Capital One personal credit card.

   b. On or about November 19, 2004, defendant JESSE DENOME signed a corporate check in the amount of $8088.69 as payment on the public official's Capital One personal credit card.

   c. On or about April 21, 2005, defendant JESSE DENOME purchased a bike for the public official from Bicycle Warehouse in Chula Vista, California using the corporate debit card in the amount of $2472.86.

   d. On or about August 18, 2005, defendant JESSE DENOME signed a corporate check in the amount of $3057.25 as payment on the public official's Capital One personal credit card.

   e. On or about August 29, 2005, defendant JESSE DENOME purchased a model airplane engine for the public official from Chief Aircraft in Oregon using the corporate debit card in the amount of $449.95.

//
//
//
//

f.  On or about September 23, 2005, defendant JESSE DENOME signed a corporate check in the amount of $7813.81 as payment on the public official's Capital One personal credit card.

All in violation of Title 18, United States Code, Section 371.

### Count 2

### Bribery - 18 U.S.C. § 201(b)(1)(A)

5.  On or about September 23, 2005, within the Southern District of California and elsewhere, defendant JESSE DENOME did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official employed by the U.S. Department of the Navy, Fleet Readiness Center Southwest, that is, a corporate check in the amount of $7813.81 made payable to the public official's personal credit card account, with the intent to influence an official act, that is, the placement of government orders with defendant JESSE DENOME's business; in violation of Title 18, United States Code, Section 201(b)(1)(A).

DATED: September 21, 2010.

A TRUE BILL.

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ANNALOU TIROL
Assistant U.S. Attorney

4