**Minutes of the United States District Court**
**Southern District of California**
**JANUARY 21, 2011**

Hon.  **CATHY ANN BENCIVENGO**          Deputy Clerk: **L. HERNANDEZ**

CD NO. CAB11-10:42-10:51

10CR3737-LAB          USA          vs.          JESSE DENOME (1)(SURR)

INITIAL APPEARANCE AND                    MICHAEL LIPMAN and BARBARA MURRAY, RET.
ARRAIGNMENT ON INDICTMENT
                                          AUSA: ANNALOU TIROL

INDICTMENT
18:371; 18:201(b)(1)(A)

SURR: 1/21/11
F/A: 1/21/11

GOVT ORAL MOTION TO UNSEAL CASE NO. 10CR3737-LAB  - GRANTED

DFTS ARRAIGNED ON INDICTMENT.
NOT GUILTY PLEA ENTERED.
MOTION HEARING/TRIAL SETTINGS SET FOR 2/28/2011 AT 2:00 PM IN
COURTROOM 9 BEFORE JUDGE LARRY A. BURNS.

COURT SETS BOND AT $40,000 P/S SECURED BY REAL PROPERTY;
THE COURT WILL HOLD A NEBBIA HEARING ON 1/27/11 AT 9:30 AM IN
COURTROOM E BEFORE MAGISTRATE JUDGE CATHY ANN BENCIVENGO.
ABSTRACT ISSUED TO USMS FOR FINGERPRINT AND RELEASE PENDING BOND HEARING.