FILED

MAY 1 6 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JESSE DENOME,<br><br>                    Defendant. | Criminal Case No. 10CR3737-LAB<br><br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>Title 18, United States Code,<br>Section 371 - Conspiracy; Title<br>26, United States Code, Section<br>7206(1) - Filing False Tax Return |

The United States Attorney charges:

### Count 1

**Conspiracy to Commit Bribery - 18 U.S.C. § 371**

1.   Beginning in at least June 2004, and continuing thereafter to at least on or about September 23, 2005, within the Southern District of California and elsewhere, defendant JESSE DENOME and others known and unknown, knowingly and intentionally conspired to commit an offense against the United States, that is, bribery, in violation of Title 18, United States Code, Section 201(b)(1)(A).

2.   It was a purpose and object of this conspiracy for defendant JESSE DENOME to directly and indirectly, corruptly give, offer, and promise a thing of value to a public official employed by the U.S. Department of the Navy, Fleet Readiness Center Southwest, with the

intent to influence an official act, that is, the placement of government orders with defendant JESSE DENOME's business.

MANNER AND MEANS

3. In furtherance of this conspiracy, and to effect and accomplish the objects thereof, the following manner and means, among others, were used:

    a. Defendant JESSE DENOME gave, offered and provided the public official with items of value, including credit card payments, bicycles, and model airplane components, and other things of value.

    b. In exchange, the public official agreed to perform official action and placed government orders directly with defendant JESSE DENOME's business, a corporation located in San Diego, California, for various items such as tools, parts, and supplies, and also for custom-machined items such as carts and shelving.

    c. As a result of the orders placed by the public official with defendant's business, defendant JESSE DENOME received approximately $329,000 in U.S. Government funds.

OVERT ACTS

4. In furtherance of this conspiracy and to effect the objects thereof, the following overt acts were committed within the Southern District of California, and elsewhere:

    a. On or about June 24, 2004, DENOME signed a corporate check in the amount of $300.00 as payment on the public official's Capital One personal credit card.

    b. On or about November 19, 2004, DENOME signed a

2

corporate check in the amount of $8088.69 as payment on the public official's Capital One personal credit card.

c.   On or about April 21, 2005, DENOME purchased a bike for the public official from Bicycle Warehouse in Chula Vista, California using the corporate debit card in the amount of $2472.86.

d.   On or about August 18, 2005, DENOME signed a corporate check in the amount of $3057.25 as payment on the public official's Capital One personal credit card.

e.   On or about August 29, 2005, DENOME purchased a model airplane engine for the public official from Chief Aircraft in Oregon using the corporate debit card in the amount of $449.95.

f.   On or about September 23, 2005, DENOME signed a corporate check in the amount of $7813.81 as payment on the public official's Capital One personal credit card.

All in violation of Title 18, United States Code, Section 371.

## Count 2

### Filing a False Tax Return - 26 U.S.C. § 7206(1)

5.   On or about October 12, 2006, within the Southern District of California, defendant JESSE DENOME did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter.  That income tax return, which was prepared and signed in the Southern District of California and was filed with the

3

1  Internal Revenue Service, reported total income of $409,760, whereas,

2  as the defendant then and there knew and believed, defendant had

3  failed to include in that amount $92,247 of taxable income from

4  defendant's business.  All in violation of Title 26, United States

5  Code, Section 7206(1).

6

7  DATED: *May 16, 2011*                    LAURA E. DUFFY
                                            United States Attorney
8

9

10                                          ANNALOU TIROL
                                            Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4