```
FILED

OCT 18 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

AO 245B (CASD) (Rev. 8/11)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For Offenses Committed On or After November 1, 1987) |
| JESSE DENOME | Case Number: 10CR3737-LAB |
| | MICHAEL L. LIPMAN, RETAINED |
| | Defendant's Attorney |

**REGISTRATION NO.** 24615298

☐

THE DEFENDANT:

☒ pleaded guilty to count(s) ONE AND TWO OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s)_____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO COMMIT BRIBERY | 1 |
| 26 USC 7206(1) | FILING FALSE TAX RETURN | 2 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)_____

☒ Count(s) UNDERLYING INDICTMENT _____ is ☐ are ☒ dismissed on the motion of the United States.

☒ Assessment: $100.00 PER COUNT, TOTAL $200.00

☒ Fine $5000.00      ☐ Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

OCTOBER 12, 2011
Date of Imposition of Sentence

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

10CR3737-LAB

AO 245B (CASD)  (Rev. 8/11)  Judgment in a Criminal Case
      Sheet 2 -- Probation

| | Judgment—Page | 2 | of | 5 |
|---|---|---|---|---|

DEFENDANT: JESSE DENOME
CASE NUMBER: **10CR3737-LAB**

# PROBATION

The defendant is hereby sentenced to probation for a term of :

  5 years, From Fridays by 7:00pm to Mondays at 7:00 am, for 30 consecutive weeks pursuant to 18 USC 3563(b)(10)

The defendant shall not commit another federal, state, or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than  4  drug tests per month during the term of supervision, unless otherwise ordered by court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
    future substance abuse.  (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒   The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis
    Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed
    by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or
    was convicted of a qualifying offense.  (Check if applicable.)

☐   The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

    If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other
    acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled
    substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of
    a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of
    any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement
    officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the
    permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's
    criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm
    the defendant's compliance with such notification requirement.

**10CR3737-LAB**

AO 245B (CASD) (Rev. 8/11) Judgment in a Criminal Case
Sheet 3 — Special Conditions

| | Judgment—Page | 3 | of | 5 |

DEFENDANT: JESSE DENOME
CASE NUMBER: **10CR3737-LAB**

# SPECIAL CONDITIONS OF SUPERVISION

☐ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer with   24   hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☒ Defendant to report to designated institution by November 4, 2011.

☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☐ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☒ Not possess firearms or ammunition of any type.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission.  The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☒ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☒ Seek and maintain full time employment.

☒ Court will consider terminating  probation if restitution is paid in full.

☐ Complete _____ hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

**10CR3737-LAB**

AO 245S    Judgment in Criminal Case
            Sheet 5 — Criminal Monetary Penalties

DEFENDANT: JESSE DENOME                                      Judgment — Page ___4___ of ___5___
CASE NUMBER:  10CR3737-LAB                              ⊞

# RESTITUTION

The defendant shall pay restitution in the amount of _____$80, 048.00_____ unto the United States of America.


This sum shall be paid ____ immediately.
                        _X_ as follows:

The defendant pay restitution through the Clerk, U.S. District Court, in the amount of $80,048 to the United States Treasury.  Payments should sent to the Clerk of Court, U.S. District Court, Southern District of California, 880 Front Street, Room 4290, San Diego, CA 92101.  The defendant shall provide the following information with each payment: name, social security number, district court docket number for this case (10CR3737-LAB), tax year(s) or period(s) for which restitution has been ordered, and a statement that the payment is being submitted pursuant to the Court's restitution order.  The defendant shall also request that the Clerk of Court send the payment and above information to the appropriate office of the Internal Revenue Service.  The defendant shall also send a notice of payment and the information listed above to:  IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 West Pershing Avenue, Kansas City, MO 64108.  Payment of restitution shall be forthwith.  The defendant shall pay restitution at the rate of $250.00 per month, subject to revision.  This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.  Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than 30 days after the change occurs.


The Court has determined that the defendant  __does not__  have the ability to pay interest.  It is ordered that:

_X_       The interest requirement is waived.

____       The interest is modified as follows:


10CR3737-LAB

AO 245S    Judgment in Criminal Case
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT: JESSE DENOME                                        Judgment — Page ___5___ of ___5___
CASE NUMBER: 10CR3737-LAB

# FINE

The defendant shall pay a fine in the amount of _____5000.00_____ unto the United States of America.


This sum shall be paid  ____  immediately.
                         _x_  as follows:


Payments should be sent to the Clerk of Court, U.S. District Court, Southern District of California, 880 Front
Street, Room 4290, San Diego, CA 92101.  The defendant shall provide the following information with each
payment:  name, social security number, district court docket number for this case (10CR3737-LAB), and a
statement that the payment is being submitted pursuant to the Court's fine order.  Payment of the fine shall be
forthwith.  The defendant shall pay the fine at the rate of $250.00 per month, subject to revision.  This payment
schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to
it to collect the fine.  Until the fine has been paid, the defendant shall notify the Clerk of the Court and the United
States Attorney's Office of any change in the defendant's mailing or residence address, no later than 30 days after
the change occurs.

The Court has determined that the defendant __does__ have the ability to pay interest.  It is ordered that:

_x_    The interest requirement is waived.


____   The interest is modified as follows:


10CR3737-LAB